## STEWART MINING COMPANY *v.* COULTER.  THE SAME *v.* THE SAME.

THE judgment and order denying a new trial in these cases affirmed, on the authority of the *Stewart M. Co.* v. *Coulter, ante,* decided at this term, under stipulation of the attorneys.